IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NICHOLE HAWKINS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MICHELLE OVERMYER, ET AL. | : | NO. 24-1081 |

## ORDER

**AND NOW**, this 13th day of March, 2025, upon careful and independent consideration of the Amended Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (Docket No. 11), and all documents filed in connection therewith, including Petitioner's Motion to voluntarily dismiss the Petition pursuant to Fed. R. Civ. P. 41(a)(2) (Docket No. 20), and after review of United States Magistrate Judge Lynne A. Sitarski's Report and Recommendation (Docket No. 21), to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Petitioner's Motion to Dismiss is **GRANTED**.

3. The Amended Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED**.

4. As Petitioner has failed to make a substantial showing of the denial of a constitutional right or demonstrated that a reasonable jurist would debate the correctness of this ruling, the Court declines to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c)(2).

5. The Clerk is directed to **CLOSE** Civil Action No. 24-1081.

BY THE COURT:
/s/ John R. Padova, J.

_____
John R. Padova, J.